15SL-CC00542

DocuSign

Page 3 of 4

**RECEIVED**
**AUG 29 2014**
Utah Div. of Corp. & Comm. Code

(JBB)

This form must be typewritten or computer generated



State of Utah
Department of Commerce
Division of Corporations & Commercial Code
Articles of Dissolution (After Issuance of Shares)

Entity Number: 8333107-0140

[ ] Profit Corporation    [✓] Nonprofit Corporation (Skip Number 4)

**Pursuant to the provisions of the Utah Revised Business Corporation Act, the undersigned directors or incorporators adopt the following Articles of Dissolution.**

1): Corporation Name: Free Continuing Education Association

2): The address of the Corporation's principal office or other address where service of process may be mailed

9067 South 1300 West, Ste 300 — West Jordan — UT — 84088
Street Address — City — State — Zip
(Utah Street Address Required. PO Boxes can be listed after the street address)

3): The date of the dissolution was authorized by the Shareholders/Member(s) on 06/16/2014

4): The total number of votes cast *for* dissolution was 1000

The total number of votes cast *against* dissolution was 0
OR
The total number of votes cast for dissolution by each voting group was _____
This was sufficient for approval

Under penalties of perjury I declare that these Articles of Dissolution have been examined by me and are, to the best of my knowledge and belief, true, correct and complete.

By: _[signature]_    Title: Officer    Date: 06/16/2014

If the filer requests a copy of the Articles of Dissolution an additional exact copy of the filed document along with a return-addressed envelope with adequate first-class postage must also be submitted.

Under GRAMA (63 2-201), all registration information maintained by the Division is classified as public record. For confidentiality purposes, you may use the business entity physical address rather than the residential or private address of any individual affiliated with the entity.

Mailing/Faxing Information: www.corporations.utah.gov/contactus.html   Division's website: www.corporations.utah.gov

State of Utah
Department of Commerce
Division of Corporations and Commercial Code
I hereby certify that the foregoing has been filed
and approved on this 29th day of Aug, 2014
in this office of this Division and hereby issued
This Certificate thereof

Examiner (KSW)   Date 9-2-14

_Kathy Berg_
Kathy Berg
Division Director

Ex. 1

Electronically Filed - St Louis County - February 13, 2015 - 04:17 PM

08-29-14P01:17 RCVD