# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| SUZANNE DEGNEN, D.M.D., P.C. d/b/a SUNSET TOWER FAMILY DENTISTRY,     Plaintiff(s),     vs.     FREE CONTINUING EDUCATION ASSOCIATION, LLC d/b/a FCEA, et al.,     Defendant(s). | ) ) ) ) ) ) ) ) ) ) )     Case No. 4:15-cv-00527-RLW |

## DISCLOSURE OF ORGANIZATIONAL INTERESTS CERTIFICATE

Pursuant to Local Rule 3-2.09 of the Local Rules of the United States District Court for the Eastern District of Missouri and Federal Rule of Civil Procedure 7.1, Counsel of record for _Plaintiff_ hereby discloses the following organizational interests:

1. If the subject organization is a corporation,

    a. Its parent companies or corporations (if none, state "none"):
    
    none

    b. Its subsidiaries not wholly owned by the subject corporation (if none, state "none"):
    
    none

    c. Any publicly held company or corporation that owns ten percent (10%) or more of the subject corporation's stock (if none, state "none"):
    
    none

2. If the subject organization is a limited liability company or a limited liability partnership, its members and each member's state of citizenship:

/s/ Ronald J. Eisenberg
Signature (Counsel for Plaintiff/Defendant)
Print Name: Ronald J. Eisenberg
Address: 640 Cepi Dr., Ste A
City/State/Zip: Chesterfield, MO 63005
Phone: 636-537-4645

### Certificate of Service

I hereby certify that a true copy of the foregoing Disclosure of Organizational Interests Certificate was served (by mail, by hand delivery, or by electronic notice) on all parties on: _March 25_, 20_15_.

/s/ Ronald J. Eisenberg
Signature