UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SUZANNE DEGNEN, D.M.D., P.C. )<br>d/b/a SUNSET TOWER FAMILY )<br>DENTISTRY, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>FREE CONTINUING EDUCATION )<br>ASSOCIATION, LLC d/b/a FCEA, )<br>et al., )<br>)<br>    Defendants. ) | No. 4:15-cv-00527-RLW |

**STIPULATION OF VOLUNTARY DISMISSAL**

Plaintiff Suzanne Degnen, D.M.D., P.C. d/b/a Sunset Tower Family Dentistry, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) dismisses its case against all Defendants with prejudice, with all parties to bear their own costs and attorney fees. Defendants Free Continuing Education Association, LLC d/b/a FCEA, Michael Keith McHenry, and Daniel Nava stipulate to the dismissal.

                      Respectfully submitted,

SCHULTZ & ASSOCIATES LLP      STINSON LEONARD STREET LLP

By: /s/ *Ronald J. Eisenberg*         By: /s/ *Cicely I. Lubben*
    Ronald J. Eisenberg, #48674MO      Cicely I. Lubben, #53897MO
    Robert Schultz, #35329MO            7700 Forsyth Blvd., Suite 1100
    640 Cepi Drive, Suite A                St. Louis, Missouri  63105
    Chesterfield, MO 63005                (314) 259-4521 – Telephone
    Telephone:  (636) 537-4645          (314) 863-9388 – Facsimile
    Facsimile:  (636) 537-2599           cicely.lubben@stinson.com
    reisenberg@sl-lawyers.com          *Attorneys for Defendants*
    rschultz@sl-lawyers.com             *Free Continuing Education Association,*
                                             *LLC d/b/a FCEA, Michael Keith*
    *Attorneys for Plaintiff*                 *McHenry, and Daniel Nava*

## CERTIFICATE OF SERVICE

  I certify that on May 18, 2016, the foregoing was filed electronically with the Clerk of the Court and service was made through the Notice of Electronic Filing to all counsel of record.

                /s/ Ronald J. Eisenberg